UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TCR Composites, INC.

CASE NO. C07 06204 PVT

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Fiberlite Centrifuge, Inc.; Al Piramoon

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 25, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Sterling Scott Winchell | TCR Composites | 949-387-9191 | Winchell@OCLawSolutions.com |
| James R. Hawley | Fiberlite Centrifuge, Inc.; Al Piramoon | 408-947-2452 | jrh@hogefenton.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/4/08

[signature]
Attorney for Plaintiff

Dated: 3/4/08

[signature]
Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."