```
Attorney for Plaintiff:

Sterling Scott Winchell (147054)
Attorney at Law
9881 Irvine Center Drive, Suite 200
Irvine, Ca 92618
phone: 949-387-9191
fax  : 949-387-9192
email: Winchell@OCLawSolutions.com


Attorneys for Defendants:

James R. Hawley, Esq. (162062)
Hoge, Fenton, Jones & Appel, Inc.
Sixty South Market Street, Suite 1400
San Jose, Ca 95113-2396
Phone: 408-287-9501
Fax  : 408-287-2583
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| TCR COMPOSITES, INC., a Pennsylvania corporation ) ) ) Plaintiff, ) ) vs. ) ) FIBERLITE CENTRIFUGE, INC., a ) California corporation and ) dba PIRAMOON TECHNOLOGIES, ) INC.; AL PIRAMOON aka ALIREZA ) PIRAMOON, an individual and ) dba FIBERLITE CENTRIFUGE and ) dba PIRAMOON TECHNOLOGIES, ) INC., ) ) ) Defendants. ) | CASE NO:  C07 06204 PVT<br><br>RULE 26F REPORT<br><br>Date: March 25, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 5<br>       280 S. 1st. St.<br>       San Jose, Ca |

RULE 26f REPORT                    1

```
1   _____  _____)
                             )
2   AND COUNTERCLAIM         )
                             )
3   _____)
```

The parties' counsel have met and conferred on March 5, 2008, pursuant to Rule 26f, and will have exchanged all early disclosure documents and witness identities prior to the case management conference.

No discovery has been taken to date. After meeting on the issue, the parties propose no limitations or modifications of the discovery rules, nor propose that discovery be conducted in phases. The parties anticipate completion of discovery on or before August 27, 2008.

DATE: March 17, 2008

BY: _____
Sterling Scott Winchell
Attorney for Plaintiff

DATE: March 17, 2008

Hoge, Fenton, Jones & Appel, Inc.

BY: _____
James R. Hawley
Attorney for Defendants
Attorney for Plaintiff

RULE 26f REPORT                2