**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

TCR COMPOSITES, INC.,                                          C 07-06204 PVT

                    *Plaintiff(s),*

                                                              **CLERK'S NOTICE RESCHEDULING**
                                                              **CASE MANAGEMENT CONFERENCE**

*vs.*

FIBERLITE CENTRIFUGE INC., et al.,

                    *Defendant(s).*
_____

        Please take notice that the Case Management Conference previously scheduled for

March 25, 2008 has been rescheduled for **April 15, 2008 at 2:00 p.m.** before Magistrate

Patricia V. Trumbull**.**    Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse,

280 South First Street, San Jose, California.

Dated: March 19, 2008                        /s/ Corinne Lew
                                             _____
                                             Corinne Lew
                                             DEPUTY CLERK