UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 4/15/08

Court Reporter: FTR                    Clerk: Corinne Lew

Case No:C 07-06204 PVT                 Case Title: TCR Composites, Inc., v. Fiberlite Centrifuge, Inc.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Scott Winchell | James Hawley |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial       [ ] Status        [ ] Discovery
                         [ ] Settlement    [ ] Final
                         [ ] Other         **[X] Case Management Conference**

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted            [ ] Settled

[ ] Denied             [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part             [ ] Off Calendar


[ X ] Continued to 5/13/08 at 10:00 a.m. for Motion Hearing and Further Case Management Conference.

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant      [ X ] Court      [ ] Court w/opinion