```
 1  Attorney for Plaintiff:

 2  Sterling Scott Winchell (147054)
    Attorney at Law
 3  9881 Irvine Center Drive, Suite 200
    Irvine, Ca 92618
 4  phone: 949-387-9191
    fax  : 949-387-9192
 5  email: Winchell@OCLawSolutions.com

 6
    Attorneys for Defendants:
 7
    James R. Hawley, Esq. (162062)
 8  Hoge, Fenton, Jones & Appel, Inc.
    Sixty South Market Street, Suite 1400
 9  San Jose, Ca 95113-2396
    Phone: 408-287-9501
10  Fax  : 408-287-2583

11

12

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN JOSE COURTHOUSE
16

17

18  TCR COMPOSITES, INC., a        )   CASE NO:   C07 06204 PVT
    Pennsylvania corporation       )
19                                 )   STIPULATION AND ORDER FOR
              Plaintiff,           )   DISMISSAL OF COMPLAINT AND
20                                 )   COUNTER CLAIM, WITH PREJUDICE,
    vs.                            )   AND MUTUAL WAIVER OF COSTS
21                                 )
    FIBERLITE CENTRIFUGE, INC., a  )   FRCP RULE 41
22  California corporation and     )
    dba PIRAMOON TECHNOLOGIES,     )
23  INC.; AL PIRAMOON aka ALIREZA  )
    PIRAMOON, an individual and    )
24  dba FIBERLITE CENTRIFUGE and   )
    dba PIRAMOON TECHNOLOGIES,     )
25  INC.,                          )
                                   )
26                                 )
              Defendants.          )
27  _____)

28  ────────────────────────────────────────────────────────
    STIPULATION AND ORDER
    FOR DISMISSAL                        1
```

AND COUNTERCLAIM                        )
                                        )
_____ )

### STIPULATION FOR DISMISSAL

The Parties: TCR COMPOSITES, INC., a Pennsylvania corporation; FIBERLITE CENTRIFUGE, INC., a California corporation and dba PIRAMOON TECHNOLOGIES, INC.; AL PIRAMOON aka ALIREZA PIRAMOON, an individual and dba FIBERLITE CENTRIFUGE and dba PIRAMOON TECHNOLOGIES, INC., by and through their respective counsel, hereby stipulate as follows:

1. The complaint of TCR COMPOSITES, INC., on file herein shall be immediately dismissed with prejudice;

2. The counter claim of FIBERLITE CENTRIFUGE, INC., a California corporation and dba PIRAMOON TECHNOLOGIES, INC.; AL PIRAMOON aka ALIREZA PIRAMOON, an individual and dba FIBERLITE CENTRIFUGE and dba PIRAMOON TECHNOLOGIES, INC., shall be immediately dismissed with prejudice.

3. All parties to bear their own costs and attorney's

///
///
///
///
///

STIPULATION AND ORDER
FOR DISMISSAL                            2

fees in connection with this action.

IT IS SO STIPULATED.

DATE: April 29, 2008         BY: _____
                                 Sterling Scott Winchell
                                 Attorney for Plaintiff


DATE: April 29, 2008         Hoge, Fenton, Jones & Appel, Inc.

                             BY: _____
                                 James R. Hawley
                                 Attorney for Defendants
                                 Attorney for Plaintiff

IT IS SO ORDERED.

DATED:
                                 _____
                                 Patricia V. Trumbull
                                 United States Magistrate Judge

STIPULATION AND ORDER
FOR DISMISSAL                            3